IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CARL TATE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 13-CV-3060 |
| | ) | |
| TARRY WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

SUE E. MYERSCOUGH, U.S. District Judge.

This order memorializes the Court's rulings at the status conference on July 2, 2014.

**IT IS ORDERED:**

1) Plaintiff's motion for permanent counsel is withdrawn (174).

2) The motion to stay deadlines by Plaintiff's counsel is granted (172). Discovery is stayed and new deadlines will be set after the new law students are sworn in and appointed to this case in August, 2014;

3) Dr. Koko's motion for an order authorizing the release of Plaintiff's mental health records is granted (171). Plaintiff consents

to the production of his mental health records.  Those records are relevant to the claims and defenses in this case and are thus discoverable.  Accordingly, Defendants are authorized to serve subpoenas to obtain Plaintiff's mental health records, and the holder of said records is authorized to disclose said records to the attorneys of record in this case.  The records that are produced shall be subject to the protective order already in place.  If filed with the Court, the records shall be filed under seal.

    4)  The pending motions to file under seal are granted (161, 164).

    5)  Plaintiff's counsel shall file an amended complaint by August 4, 2014, along with a motion for service listing any new defendants who need to be served.  Answers to the amended complaint by the current defendants are due August 25, 2014.

    6)  By July 9, 2014, Attorney Fanning shall file a notification regarding whether Plaintiff is currently taking his showers separately from other inmates.  The notification shall set forth the procedures in place to ensure that the separate showers continue.

    ENTER:  July 3, 2014

    FOR THE COURT:

    **s/Sue E. Myerscough**
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE